UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SHANTA CORPORATION d/b/a | ) | Case No. 15-44578 |
| ST. ANNE'S CONVALESCENT | ) | |
| CENTER, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | Judge Thomas J. Tucker |
| _____ | ) | |
| | ) | |
| SHANTA CORPORATION d/b/a | ) | Adv. Pro. No. 16-05104 |
| ST. ANNE'S CONVALESCENT | ) | |
| CENTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| EMMI MANAGEMENT, LLC and | ) | |
| MORDECHAI TREFF | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER *DENYING, WITHOUT PREJUDICE*, DEFENDANTS' MOTION FOR LEAVE TO FILE ANSWER AND AFFIRMATIVE DEFENSES OF THE DEFENDANTS TO AMENDED COMPLAINT INSTANTER**

This adversary proceeding is before the Court on the motion filed by the Defendants on April 19, 2017, entitled "*Defendants' Motion for Leave to File their Answer and Affirmative Defenses to the Amended Complaint Instanter*" (Docket # 36, the "Motion"). The Court will deny the Motion, without prejudice, for the following reasons.

First, the Motion should include, but fails to include, a request for relief from the Clerk's Entry of Default that was entered against the Defendants on April 18, 2017 (Docket # 35). *See generally* Fed. R. Civ. P. 55(c), Fed. R. Bankr. P. 7055.

Second, the Motion is not accompanied by a 14-day notice of the Motion, which must be filed and served as required by L.B.R. 9014-1(c)(2) (E.D. Mich.). This Motion is not the type of motion that the Court will grant on an *ex parte* basis.

Third, the Motion does not comply with L.B.R. 9014-1(h), regarding the requirement to seek concurrence from opposing counsel before filing a motion.

For these reasons,

IT IS ORDERED that the Motion (Docket # 36) is denied, without prejudice.

**Signed on April 20, 2017**　　　　　　　　　　**/s/ Thomas J. Tucker_____**
　　　　　　　　　　　　　　　　　　　　　　　　**Thomas J. Tucker**
　　　　　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**